40 So.2d 339

**Carrie Lee GRISSOM v. DAHART ICE CREAM CO., Inc., et al.**

6 Div. 864.

Supreme Court of Alabama.
March 17, 1949.

Rehearing Denied May 19, 1949.

Gibson & Hewitt, of Birmingham, for petitioner.

Jos. S. Mead and Francis H. Hare, both of Birmingham, opposed.

BROWN, Justice.

We have carefully examined the application for the issuance of the writ of certiorari, in connection with the opinion of the Court of Appeals, and find no erroneous statements in the opinion as applied to the facts found by the Court of Appeals. We are, therefore, of the opinion that the application for the writ of certiorari should be denied and the petition dismissed.

Writ denied; petition dismissed.

LAWSON, SIMPSON and STAKELY, JJ., concur.